**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SILVA ____  v. MERCK & CO. ____                    No. 07CV1194-L(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ      Rptr. _____

                              _Attorneys_

    _Plaintiffs_                                    _Defendants_

_____                      _____

_____                      _____

_____                      _____


An Early Neutral Evaluation Conference is not required at this time.


__x__    Copies to:  Counsel of Record        _____  Notified by Telephone

DATED:  July 11, 2007

                              _____
                              Hon. Leo S. Papas
                              U.S. Magistrate Judge

Dockets.Justia.com