## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SILVA     v. MERCK & CO.                                    No. 07CV1194-L(LSP)

HON. LEO S. PAPAS         CT. DEPUTY TRISH LOPEZ      Rptr.

                                  Attorneys

     Plaintiffs                                              Defendants


An Early Neutral Evaluation Conference is not required at this time.


  x     Copies to:  Counsel of Record          ____  Notified by Telephone

DATED: July 11, 2007

                                                 Hon. Leo S. Papas
                                                 U.S. Magistrate Judge